UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>JACKOWITZ, et al.,<br><br>Defendants. | No. 2:22-cv-1281 DB P<br><br><br>ORDER |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized jail official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

////

////

////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: December 29, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUGE

DB:12
hunt1281.3c