UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACKOWITZ, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-1281 DB P<br><br><br>ORDER |

　　　Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants used excessive force, subjected him to cruel and unusual punishment, and retaliated against him.  Presently before the court is defendants' motion for an extension of time.  (ECF No. 22.)

　　　Defendants state that plaintiff refused to appear at a properly noticed deposition on February 22, 2024, and has not responded to written discovery.  Defendants seek a ninety-day extension of time to depose plaintiff and compel him to respond to written discovery.  Good cause appearing, the court will grant the motion.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 22) is granted;

2. The parties may conduct discovery until May 23, 2024; and

3. In all other aspects, the October 23, 2023, Discovery and Scheduling Order (ECF No. 20) remains unchanged.[1]

Dated: February 29, 2024

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/hunt1281.eot(depo)

---

[1] The court notes that defendants did not request alteration of the dispositive motion deadline. That deadline is presently May 23, 2024.