UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | No. 2:22-cv-1281 DB P |
| Plaintiff, | |
| v. | ORDER |
| JACKOWITZ, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding pro se with a civil rights action under 42 U.S.C. §1983. On May 10, 2024, defendants filed several motions, including a motion to compel plaintiff to participate in a deposition. (ECF No. 31.) In a document filed May 28, plaintiff seeks a 180-day extension of time on all matters due to the death of his mother. (ECF No. 32.)

IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's request within fourteen days of the date of this order.

Dated: June 18, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/hunt1281.eot resp