UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>JACKOWITZ, et al.,<br><br>Defendants. | No. 2:22-cv-1281 DB P<br><br><br><br>ORDER |

Plaintiff is a county inmate proceeding pro se with a civil rights action under 42 U.S.C. §1983. On May 10, 2024, defendants filed several motions, including a motion to compel plaintiff to participate in a deposition. (ECF No. 31.) In a document filed May 28 but signed April 10, plaintiff seeks a 180-day extension of time on all matters due to the death of his mother. (ECF No. 32.) Plaintiff states only that he needs to the time to "heal emotionally." Defendants oppose the motion. (ECF No. 33.) Defendants argue that plaintiff has not shown he requires such a lengthy period of time. This court agrees. While the court is certainly sympathetic to plaintiff's need to grieve, and understands that it may be difficult for plaintiff to proceed, this court cannot stay these proceedings for such a significant period of time without a more specific showing of need. Defendants filed their motions over two months ago so plaintiff has already had a significant extension of the deadline to respond to those motions. This court finds plaintiff fails to show good cause to stay this case for an additional four months.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an extension of time (ECF No. 32) is denied; and
2. Within thirty days of the date of this order, plaintiff shall file a response to defendants' motions filed May 10, 2024.

Dated: July 18, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/hunt1281.p mtc resp eot